# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America <br> v. <br> Rafael Alberto Trejo <br><br> *Defendant(s)* | ) ) ) ) ) ) ) )  Case No. 1:25-MJ-521 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 29, 2025 in the city/county of Fairfax and Arlington Counties in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault, Resist, Impede |
| 18 U.S.C. § 13, assimilating VC § 46.2-817(a) | Eluding |
| 36 C.F.R. § 4.2, adopting VC § 46.2-852 | Reckless Driving |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA Jordan Harvey / SAUSA Lyndi McVey
*Printed name and title*

*Complainant's signature*

Christopher Giblin; USPP Detective Sergeant
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: 08/30/2025

*Judge's signature*

City and state: Alexandria, Virginia

Hon. William E. Fitzpatrick; U.S. Magistrate Judge
*Printed name and title*